U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| DARLENE BLANKENSHIP and JOHN GLINKA, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:12-cv-163 |
| v. | ) ) | |
| BANK OF AMERICA, N.A., individually and as successor to BAC HOME LOAN SERVICING, LP and LERNER, SAMPSON & ROTHFUSS, | ) ) ) ) | MAG. JUDGE MARK R. ABEL **AGREED DISMISSAL ORDER** |
| Defendants. | ) ) | |

Plaintiffs, Darlene Blankenship and John Glinka, Defendants, Bank of America, N.A., individually and as successor to BAC Home Loan Servicing, LP, and Lerner, Sampson & Rothfuss, announce to the Court that all claims in this matter have been settled and compromised by separate agreement, and that the above-styled civil action may now be dismissed with prejudice.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this case is **DISMISSED**, **WITH PREJUDICE**.

ENTERED this 21stday of May 2012.

                                                s/ Mark R. Abel
                                                United States Magistrate Judge

Approved by:

   /s/
Jason E. Causey #0081933
Counsel for Plaintiffs

_____/s/_____
Monica Lacks #0078649
Counsel for Defendant Bank of America, N.A.,
Individually and as successor to BAC
Home Loan Servicing, LP

_____/s/_____
Rick DeBlasis #0012992
Counsel for Defendant
Lerner, Sampson & Rothfuss